Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
MAX GOUVEIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX GOUVEIA,<br><br>     Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:26-cv-00936-AC<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be July 20, 2026.  This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's dispositive motion due to scheduling conflicts in separate matters.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: June 15, 2026                                    Respectfully submitted,

                                                                 /s/ *Jared Walker*
                                                                 Jared Walker,
                                                                 Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: June 15, 2026          By:      /s/ *Margaret Branick-Abilla
                                       (*authorized by email on 06/15/2026)
                                       MARGARET BRANICK-ABILLA
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant


ORDER


APPROVED AND SO ORDERED:


Dated: June 15, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF