Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
MAX GOUVEIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX GOUVEIA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-00936-AC<br><br>STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended an additional fourteen (14) days from the current deadline such that Plaintiff's new deadline, with the Court's approval, will be August 3, 2026. This is Plaintiff's second request for an extension and is sought due to his counsel needing more time to research and evaluate a particular issue in this matter relating to an ALJ's discretion to limit cross-examination of vocational witnesses in administrative hearings; to review the voluminous record in this matter; and attend to other time-sensitive matters. Counsel's intent in seeking this request is not to inconvenience the Court or parties, and this extension is not sought to unduly delay these proceedings. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: July 21, 2026

Respectfully submitted,

/s/ *Jared Walker*
Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: July 21, 2026 By: /s/ **Margaret Branick-Abilla*
(**authorized by email on 7/21/2026*)
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: July 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE