ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206) 615-2748
Email: michael.j.mullen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX GOUVEIA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 2:26-cv-00936-AC<br><br>STIPULATION FOR EXTENSION<br>[~~PROPOSED~~] ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 2, 2026, up to and including October 2, 2026. This is the first request for Defendant's extension.

The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. Upon review of the Opening Brief and case file, Counsel identified the need to prepare a memorandum and explore settlement options with the client agency. Counsel requires additional time to allow for a client agency response to the memorandum, negotiate a possible settlement with Plaintiff, or draft a responsive brief, if necessary. Counsel therefore requests a

30-day extension, until October 2, 2026, to file Defendant's brief. Although Counsel has worked diligently on this matter and other assigned cases, this extension is necessary.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATED September 2, 2026

/s/ *Jared Thomas Walker**
JARED THOMAS WALKER
Attorney for Plaintiff
(*signature authorized via e-mail September 1, 2026)

DATED September 2, 2026

ERIC GRANT
Acting United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to October 2, 2026, to file the Commissioner's responsive brief.

Dated: September 2, 2026

Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE