ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206) 615-2748
Email: michael.j.mullen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX GOUVEIA,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 2:26-cv-00936-AC<br><br>STIPULATION FOR EXTENSION<br>[~~PROPOSED~~] ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fourteen (14) days from October 2, 2026, up to and including October 16, 2026. This is the second request for Defendant's extension.

The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. The parties remain engaged in good faith efforts to settle this case, and the attorney for Plaintiff is trying to connect with his client. Counsel requires additional time to negotiate a possible settlement with Plaintiff, or draft a responsive brief, if necessary. Counsel therefore requests a 14-day extension, until October 16, 2026, to file Defendant's brief. Although

Counsel has worked diligently on this matter and other assigned cases, this extension is necessary.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATED October 2, 2026

/s/ *Jared Thomas Walker**
JARED THOMAS WALKER
Attorney for Plaintiff
(*signature authorized via e-mail September 1, 2026)

DATED October 2, 2026

ERIC GRANT
Acting United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 14 days, to October 16, 2026, to file the Commissioner's responsive brief.

Dated: October 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE